**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6604**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JORDANIE LACORSE, a/k/a Joe Danny, a/k/a Joe
Denny,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle Dis-
trict of North Carolina, at Salisbury.  William L. Osteen, District
Judge.  (CR-97-114, CA-99-1108-1)

———————

Submitted:  August 31, 2001          Decided:  October 10, 2001

———————

Before WIDENER, NIEMEYER, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Jordanie Lacorse, Appellant Pro Se.   Clifton  Thomas  Barrett,
Assistant United States Attorney, Greensboro, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   Jordanie Lacorse seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>United States v. Lacorse</u>, Nos. CR-97-114; CA-99-1108-1 (M.D.N.C. filed Mar. 15, 2001; entered Mar. 16, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>